IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BOBBY DWAYNE WILLIAMS                                                PLAINTIFF

v.                          Case No. 13-6021

OFFICER BROWN, DEPUTY COLLINS,
MR. DELANCY and MS. RADFORD                                         DEFENDANTS

### ORDER

Now on this 10th day of June 2013, there comes on for consideration the report and recommendation filed herein on April 25, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 13). Also before the Court are Plaintiff's written objections (doc. 14).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's IFP motion (doc. 1) is DENIED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE on the grounds that the claims are frivolous, asserted against individuals who are immune from suit, or fail to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge